■ MICHAEL D. GARDNER, Appellant, v HONDA MOTOR COMPANY, LTD., et al., Respondents.—Order unanimously affirmed without costs. Memorandum: Plaintiff has failed to meet his burden of proving that the materials sought by defendants are exempt from disclosure *(see generally, Koump v Smith,* 25 NY2d 287, 294-295; *Central Buffalo Project Corp. v Rainbow Salads,* 140 AD2d 943, 944). The court did not abuse its discretion in denying plaintiff's motion for a protective order. (Appeal from Order of Supreme Court, Erie County, Wolfgang, J.—Discovery.) Present—Green, J. P., Pine, Balio, Boehm and Davis, JJ.